# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONG LE, | CV 20-4094-RSWL-SK |
| Plaintiff, | |
| | **ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |
| v. | |
| ARMSTRONG WORLD INDUSTRIES, a Pennsylvania Company registered and doing business in the State of California; ARMSTRONG FLOORING, INC., a Delaware corporation registered and doing business in the State of California; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defendant Armstrong Flooring, Inc. ("Defendant") filed its Notice of Removal [1] on May 4, 2020.[1] In its

---

[1] Plaintiff originally filed his Complaint against Armstrong Flooring Inc., and Armstrong World Industries ("AWI"); however, AWI was dismissed without prejudice on April 27, 2020. See Decl. of Anet Drapalski in Supp. of Notice of Removal ("Drapalski Decl.") ¶ 6, ECF No. 2; Ex. B to Drapalski Decl., ECF No. 2.

1

Notice of Removal, with regard to the citizenship of Plaintiff Truong Le ("Plaintiff"), Defendant stated, "Because Plaintiff is a citizen of California and Armstrong Flooring is a citizen of Delaware and Pennsylvania and AWI is a citizen of the State of Pennsylvania, complete diversity of citizenship exists in this matter."  Notice of Removal ¶ 17, ECF No. 1. But in support of diversity jurisdiction, Defendant states that Plaintiff "alleges that at 'all relevant times' he is and was a resident of the State of California and resides in Los Angeles County."  Id. ¶ 11.  To invoke diversity jurisdiction, Defendant must prove complete diversity of citizenship between the parties.  28 U.S.C. § 1332.  A natural person's state citizenship is "determined by her state of domicile, not her state of residence."  Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001).

    A notice of removal "alleging diversity of citizenship upon information and belief is insufficient" to prove complete diversity. Bradford v. Mitchell Bros. Truck Lines, 217 F. Supp. 525, 527 (N.D. Cal. 1963); see Doherty v. Ocwen Fin. Corp., No. CV 14-7118 PA (Ex), 2014 U.S. Dist. LEXIS 131247, at *4 (C.D. Cal. Sep. 16, 2014) (remanding case when the defendant alleged the plaintiffs' citizenship based solely on "information and belief").  As such, Defendant is **HEREBY ORDERED** to show, in writing, on or before May 29, 2020, evidence of Plaintiff's

citizenship or this Action will be remanded.

**IT IS SO ORDERED.**

DATED: May 15, 2020        /s/ Ronald S.W. Lew
                           **HONORABLE RONALD S.W. LEW**
                           Senior U.S. District Judge